**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; WESTERN GLAZIERS RETIREMENT FUND; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WASHINGTON CONSTRUCTION INDUSTRY SUBSTANCE ABUSE PROGRAM; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON GLAZIERS ORG FUND; WESTERN WASHINGTON GLAZIERS MRP; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>Plaintiffs,<br><br>vs.<br><br>SEATTLE PROFESSIONAL AUTO GLASS LLC, a Washington limited liability company; and TERRY WAYNE SANKEY, an individual,<br><br>Defendants. | Case No. MC18-0044RSL<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT BY CONFESSION** |

This matter comes before the Court on plaintiffs' "Motion for Entry of Judgment by Confession." Dkt. # 1. The Clerk of Court is hereby directed to enter judgment in favor of plaintiffs Employee Painters' Trust, Western Glaziers Retirement Fund, District Council No. 5 Apprenticeship and Training Trust Fund, Washington Construction Industry Substance Abuse Program, Painters and

Order Directing Entry of Judgment
by Confession

Allied Trades Labor-Management Cooperation Initiative, Western Washington Glaziers Org Fund, Western Washington Glaziers MRP, and International Union of Painters and Allied Trades District Council No. 5 and against defendants Seattle Professional Auto Glass LLC and Terry Wayne Sankey in the total amount of $77,694.22, made up of above $64,468.34 in the principal judgment amount plus $13,225.88 in prejudgment interest. Interest on any unpaid judgment balance shall accrue at the rate of 12% from the date of judgment until paid in full.

Dated this 10th day of May, 2018.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Order Directing Entry of Judgment
by Confession